IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KENNETH FELDMAN, *et al.*,

      Plaintiffs/Counter-Defendants,

      v.                              Case No.: 1:26-cv-00981-LMB-WBP

OLD REPUBLIC INSURANCE COMPANY, *et al.*,

      Defendants/Counter-Plaintiffs.

### ANSWER AND GROUNDS OF DEFENSE TO COUNTER-CLAIM

COMES NOW, Plaintiff/Counter-Defendant, American Bankers Insurance Company, erroneously sued as American Collectors Insurance ("ACI"), by counsel and pursuant to the Rule 12 of the Federal Rules of Civil Procedure, and provides the following responses to the allegations set forth in Defendants/Counter-Plaintiffs' Counterclaim:

### I. PARTIES, JURISDICTION, AND VENUE

1.      ACI admits the allegations set forth in this Paragraph.

2.      ACI admits the allegations set forth in this Paragraph.

3.      ACI admits the allegations set forth in this Paragraph.

4.      ACI admits the allegations set forth in this Paragraph.

5.      ACI admits the allegations set forth in this Paragraph.

6.      ACI admits the allegations set forth in this Paragraph.

7.      ACI admits the allegations set forth in this Paragraph.

8.      ACI admits the allegations set forth in this Paragraph.

## II. GENERAL ALLEGATIONS

9.    ACI admits the allegations set forth in this Paragraph.

10.    ACI admits the allegations set forth in this Paragraph.

11.    Upon information and belief, ACI admits that the Rental Agreement included the General Terms and Conditions and that those General Terms and Conditions speak for themselves.  ACI denies any further allegations set forth in this Paragraph and requests proof of those allegations.

12.    ACI admits that the General Terms and Conditions of the Rental Agreement speak for themselves.  ACI denies any further allegations set forth in this Paragraph and requests proof of those allegations.

13.    ACI admits the allegations set forth in this Paragraph.

14.    ACI admits that the terms of the Old Republic Policy speak for themselves.  ACI denies any further allegations set forth in this Paragraph and requests proof of those allegations.

15.    ACI admits that the terms of the Old Republic Policy speak for themselves.  ACI denies any further allegations set forth in this Paragraph and requests proof of those allegations.

16.    ACI admits that the terms of the Old Republic Policy speak for themselves.  Feldman denies any further allegations set forth in this Paragraph and requests proof of those allegations.

17.    ACI admits that the terms of the Old Republic Policy speak for themselves.  Feldman denies any further allegations set forth in this Paragraph and requests proof of those allegations.

18.    ACI admits the allegations set forth in this Paragraph.

2

19.    ACI admits the allegations set forth in this Paragraph.

20.    ACI admits the allegations set forth in this Paragraph.

21.    ACI admits the allegations set forth in this Paragraph.

22.    ACI admits the allegations set forth in this Paragraph.

### III. CLAIM FOR DECLARATORY RELIEF

23.    ACI incorporates its responses set forth in Paragraphs 1-22 above as if fully set forth herein.

24.    The allegations set forth in this Paragraph are legal conclusions to which no response is required.  To the extent a response may be required, ACI denies the allegations and requests proof of those allegations.

25.    The allegations set forth in this Paragraph are legal conclusions to which no response is required.  To the extent a response may be required, ACI denies the allegations and requests proof of those allegations.

26.    The allegations set forth in this Paragraph are legal conclusions to which no response is required.  To the extent a response may be required, ACI denies the allegations and requests proof of those allegations.

27.    ACI admits the allegations set forth in this Paragraph.

28.    The allegations set forth in this Paragraph are legal conclusions to which no response is required.  To the extent a response may be required, ACI denies the allegations and requests proof of those allegations.

29.    Any allegation or paragraph not otherwise addressed or responded to above is denied.

3

30.    The "WHEREFORE" paragraph found at the end of the Counterclaim for Declaratory Judgment does not contain allegations of fact to which a response is required.  To the extent that response may be required, ACI denies that Old Republic is entitled to the declaratory relief it seeks, or any additional relief, including costs and/or attorneys' fees, and requests proof of those allegations.

WHEREFORE, having fully answered Old Republic's Counterclaim for Declaratory Relief, Plaintiff/Counterclaim Defendant American Collectors Insurance, by counsel, moves this Court to dismiss this counterclaim with prejudice and for such other and further relief as this Court deems just and appropriate under the circumstances.

> */s/ Thomas V. McCarron*
> Thomas V. McCarron (93123)
> Semmes Bowen & Semmes
> 250 W. Pratt Street, Suite 1900
> Baltimore, MD 21201
> PH:  410.539.5040
> D:  410.576.4854
> FX:  410.539.5223
> tmccarron@semmes.com
> *Counsel for ACI*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May 2026, a copy of Defendant American Collectors Insurance's Answer and Grounds of Defense to Counter-Claim was served by electronic mail to:

James R. Parrish, Esq.
Parrish Law Firm, PLLC
9208 Lee Avenue
Manassas, VA 20110
jparrish@theparrishlawfirm.com
*Counsel for Kenneth Feldman*

Steven C. Bergeron, Esq.
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
3050 Chain Bridge Road, Suite 300
Fairfax, Virginia 22030
sbergeron@decarodoran.com
*Counsel for Christopher Burnett and USAA Casualty Insurance Company*

Lindsey A. Lewis, Esq.
Franklin & Prokopik, P.C.
5516 Falmouth Street, Ste. 203
Richmond, VA 23230
Llewis@fandpnet.com
*Counsel for Old Republic and Penske*

Lloyd Raber, Esq.
Angela Probasco, Esq.
Baker, Sterchi, Cowden & Rice, LLC
2400 E. Pershing Road, Ste. 500
Kansas City, MO, 64108
Lloyd.raber@bakersterchi.com; aprobasco@bakersterchi.com
*Co-Counsel for Old Republic and Penske*

Timothy E. Howie, Esq.
Howie Law Firm, LLC
819 Ritchie Highway, Suite 2015
Severna Park, MD 21146
thowie@howielawfirm.com
*Counsel for Amica Mutual Insurance Company*

*/s/ Thomas V. McCarron*
Thomas V. McCarron (93123)